IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Colleen Leavitt,

      Plaintiff,                    No. CIV S-04-2468 LKK CMK

    vs.

Shasta County Board of Supervisors, et al.,

      Defendants.

_____/      <u>ORDER</u>

      Currently before the court are plaintiff's "Request for a Hearing on a Writ of Administrative Mandamus" and her "Request for an order Extending the time to file the Record of the Proceedings."

      Plaintiff has requested a hearing on the Writ of Administrative Mandamus on November 15, 2005. This is not a valid law and motion date in this court. The correct law and motion date is November 8, 2005. The hearing on the Writ of Mandamus will be set for November 8, 2005 at 10:00 a.m.

      Plaintiff has requested a two week extension to lodge the administrative record with the court. In her motion, plaintiff states that she expects to deliver the record to the defendant Shasta County prior to the July 1, 2005 lodging deadline. However, she represents that defendant County will need time to review the extensive record before certification. Good cause

appearing a two week extension is granted.

   IT IS ORDERED that:

   1. The hearing on the Writ of Mandamus is set for November 8, 2005 at 10:00 a.m. in Redding before United States Magistrate Judge Craig M. Kellison; and

   2. Plaintiff is granted a two week extension until July 15, 2005 to lodge the administrative record with the court.

DATED: July 1, 2005.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE