1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  Colleen Leavitt

11        Plaintiff,                No. CIV S-04-2468 LKK CMK

12

13      vs.

14  Shasta County Board of Supervisors, et al.,

15        Defendants.

16  _____/        ORDER

17        On July 15, 2005, plaintiff filed a request for an extension of time to file the

18  administrative record in this case.

19        Good cause appearing, IT IS ORDERED that plaintiff is granted until July 20,

20  2005, to file the administrative record.

21

22  DATED:   July 21, 2005.

23

24  _____
    **CRAIG M. KELLISON**
25  UNITED STATES MAGISTRATE JUDGE

26