IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Colleen Leavitt,

      Plaintiff,                    No. CIV S-04-2468 LKK CMK

    vs.

Shasta County Board of Supervisors, et al.,

      Defendants.

_____/      <u>ORDER</u>

        A hearing on the Writ of Administrative Mandamus is set for November 8, 2005 at the United States District Court, 2986 Bechelli Lane, Redding, California. However, findings and recommendations which recommend dismissing federal defendant Environmental Protection Agency, Region IX and remanding this action back to state court are currently pending before the United States District Judge assigned to this case.

///

///

///

///

///

Accordingly, IT IS ORDERED that:

1. The hearing set for November 8, 2005 is VACATED; and

2. The hearing on the Writ of Mandamus, if necessary, is set for January 17, 2006, at 10:00 a.m. in Redding before United States Magistrate Judge Craig M. Kellison

DATED: November 4, 2005.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE