IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLLEEN LEAVITT,

    Plaintiff,                                          No. CIV S-04-2468 LKK CMK

    vs.

SHASTA COUNTY BOARD OF                O R D E R
SUPERVISORS, et al.,

    Defendants.

      Plaintiff, Colleen Leavitt, is proceeding pro se in this petition for a writ of administrative mandamus. Plaintiff filed her petition in California State court pursuant to California's mandamus provisions, but because she named the Environmental Protection Agency, Region IX, as a real party in interest, her petition was removed to federal court. This matter was referred to a Untied States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(b)(21).

///

///

///

///

1

1   On October 13, 2005, the magistrate judge filed findings and recommendations herein
2   which were served on plaintiff and which contained notice to plaintiff that any objections to the
3   findings and recommendations were to be filed within twenty days.  Plaintiff has not filed
4   objections to the findings and recommendations.
5   The court has reviewed the file and finds the findings and recommendations to be
6   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
7   ORDERED that:
8   1. The findings and recommendations filed October 13, 2005, are adopted in full;
9   2. Real party in interest Environmental Protection Agency, Region IX's Motion for
10  Judgment on the Pleadings (doc. 32) is granted and;
11  3. The Motion to Remand by defendant Shasta County Board of Supervisors, Shasta
12  County Air Pollution Control Board, Shasta County Air Quality Management District and Shasta
13  Lake City Council (doc. 42) is granted.
14  DATED:   November 7, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE